Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
GLANCY PRONGAY WOLKE & ROTTER LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant Praneeth Galipalli and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNA LOUIE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PICARD MEDICAL, INC., PATRICK NJ SCHNEGELSBERG, BERNARD SKAGGS, MATT SCHUSTER, YANCAI "RICHARD" FANG, CHRIS HSIEH, WESTPARK CAPITAL, INC., SENTINEL BROKERS COMPANY, INC., R.F. LAFFERTY & CO. INC., AMERICAN TRUST INVESTMENTS, MALONEBAILEY, LLP,<br><br>Defendants. | Case No. 3:26-cv-01024-RFL<br><br>**DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE MOTION OF PRANEETH GALIPALLI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

DECLARATION OF CHARLES H. LINEHAN
Case No. 3:26-cv-01024-RFL

I, Charles H. Linehan, declare as follows:

1.     I am a partner with the law firm of Glancy Prongay Wolke & Rotter LLP, counsel for Lead Plaintiff Movant Praneeth Galipalli ("Galipalli") and proposed lead counsel for the class in the above-captioned action. I make this declaration in support of the Motion of Praneeth Galipalli for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached hereto are true and correct copies of the following exhibits:

Exhibit A:     Press release published in *Business Wire* on February 10, 2026, referencing the PSLRA notice originally published on February 3, 2026;

Exhibit B:     Galipalli's Signed PSLRA Certification and Assignment Agreement;

Exhibit C:     Analyses of Galipalli's financial interest; and

Exhibit D:     Firm résumé of Glancy Prongay Wolke & Rotter LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of April 2026, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN
Case No. 3:26-cv-01024-RFL

1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On April 6, 2026, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 6, 2026, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN
Case No. 3:26-cv-01024-RFL