**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
Pronouns: he/him/his
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Email: lrosen@rosenlegal.com

*Counsel for Movants and*
*[Proposed] Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNE LOUIE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PICARD MEDICAL, INC.; PATRICK NJ SCHNEGELSBERG; BERNARD SKAGGS; MATT SCHUSTER; YUNCAI "RICHARD" FANG; CHRIS HSIEH; WESTPARK CAPITAL, INC.; SENTINEL BROKERS COMPANY, INC.; R.F. LAFFERTY & CO. INC.; AMERICAN TRUST INVESTMENTS; and MALONEBAILEY, LLP,<br><br>Defendants. | Case No. 3:26-cv-01024-RFL<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT ROGER WIEGLEY AND SOBHY ABDELHADY FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>Judge: Rita F. Lin<br>Hearing: May 19, 2026<br>Time: 10:00 a.m.<br>Courtroom: 15 – 18th Floor (San Francisco) |

I, Laurence M. Rosen, declare:

1.      I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., counsel for movants Roger Wiegley and Sobhy Abdelhady ("Movants"). I make this declaration in support of Movants' motion for appointment as lead plaintiffs and approval of Movants' choice of counsel pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and, if called as a witness, I could and would competently testify thereto.

1

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:      PSLRA Early Notice;

Exhibit 2:      Movants' PSLRA certifications;

Exhibit 3:      Movants' loss chart;

Exhibit 4:      Movants' joint declaration

Exhibit 5:      The firm resume of The Rosen Law Firm, P.A.;

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 13th day of April, 2026.

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq.

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANTS ROGER WIEGLEY AND SOBHY ABDELHADY FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF COUNSEL – Case No. 3:26-cv-01024-RFL

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am not a party to the above case and I am over the age of eighteen.

On April 13, 2026, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANTS ROGER WIEGLEY AND SOBHY ABDELHADY FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 13th, 2026.

_/s/ Laurence M. Rosen_
Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANTS ROGER WIEGLEY AND SOBHY ABDELHADY FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF COUNSEL – Case No. 3:26-cv-01024-RFL