John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

*Attorney for Lead Plaintiff Movant*
*Julianne Louie*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIANNE LOUIE, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>        v.<br><br>PICARD MEDICAL, INC., PATRICK NJ SCHNEGELSBERG, BERNARD SKAGGS; MATT SCHUSTER, YUNCAI "RICHARD" FANG, CHRIS HSIEH, WESTPARK CAPITAL, INC., SENTINEL BROKERS COMPANY, INC., R.F. LAFFERTY & CO. INC., AMERICAN TRUST INVESTMENTS, and MALONEBAILEY, LLP,<br><br>                         Defendants. | Case No.: 3:26-cv-01024-RFL<br><br>**DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF MOTION OF LEAD PLAINTIFF MOVANT JULIANNE LOUIE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL**<br><br>Judge: Hon. Rita F. Lin<br>Date: May 12, 2026<br>Time: 10:00 A.M.<br>Courtroom: 15 – 18th Floor<br><br>Complaint Filed:  February 2, 2026 |

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLTF AND APPROVAL OF CO-LEAD COUNSEL - CASE NO. 3:26-cv-01024-RFL

I, John T. Jasnoch, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and am a member of this Court.  I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott").  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    I make this Declaration in support of the motion of Lead Plaintiff movant and putative Class member Julianne Louie ("Louie" or "Movant") for an order: (1) appointing Louie as Lead Plaintiff; and (2) approving her selection of Scott+Scott and Morris Kandinov, LLP to serve as Co-Lead Counsel for the putative Class.

3.    Attached are true and correct copies of the following:

- Exhibit A:    Notice published on February 10, 2026, via *Business Wire*;
- Exhibit B:    The Movant's Certification pursuant to the Private Securities Litigation Reform Act of 1995;
- Exhibit C:    The Movant's Loss Chart;
- Exhibit D:    Scott+Scott's Firm Résumé; and
- Exhibit E:    Morris Kandinov's Firm Résumé.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on the 13th day of April 2026 in San Diego, California.

/s/ John T. Jasnoch
John T. Jasnoch (CA 281605)

1

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLTF AND APPROVAL OF CO-LEAD COUNSEL - CASE NO. 3:26-cv-01024-RFL

## STATEMENT OF COMPLIANCE WITH LOCAL RULE 7-3

Local Civil Rule 7-3 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Louie will not know which other class members may move for appointment as Lead Plaintiff until after all the movants have filed their respective motions. Under these circumstances, Louie respectfully requests that the conferral requirement of Rule 7-3 be waived.

DATED: April 13, 2026

/s/ John T. Jasnoch
John T. Jasnoch (CA 281605)

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLTF AND APPROVAL OF CO-LEAD COUNSEL - CASE NO. 3:26-cv-01024-RFL

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of this filing via electronic means to all counsel of record.

DATED: April 13, 2026

<u>/s/ John T. Jasnoch</u>
John T. Jasnoch (CA 281605)

3

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLTF AND APPROVAL OF CO-LEAD COUNSEL - CASE NO. 3:26-cv-01024-RFL