John E. Schrieber (SBN: 261558)
JSchreiber@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA  90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

*Attorney for Defendants*
*Picard Medical, Inc.; Patrick NJ*
*Schnegelsberg; Bernard Skaggs;*
*Matt Schuster; Yuncai "Richard"*
*Fang; and Chris Hsieh*

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JULIANNE LOUIE,<br><br>Plaintiff,<br><br>v.<br><br>PICARD MEDICAL, INC.; PATRICK NJ SCHNEGELSBERG; BERNARD SKAGGS; MATT SCHUSTER; YUNCAI "RICHARD" FANG; CHRIS HSIEH; WESTPARK CAPITAL, INC.; SENTINEL BROKERS COMPANY, INC.; R.F. LAFFERTY & CO. INC.; AMERICAN TRUST INVESTMENTS; MALONEBAILEY, LLP,<br><br>Defendants. | **Case No. 3:26-cv-01024-RFL**<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: February 2, 2026 |

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANTS' TIME FOR RESPONSE

WHEREAS, on February 2, 2026, Plaintiff Julianne Louie ("Plaintiff") filed a putative class action complaint with the above caption alleging breaches of Section 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder;

WHEREAS, a lead plaintiff has not yet been appointed, nor has a lead plaintiff had the opportunity to file an amended or consolidated complaint;

WHEREAS, Plaintiff and Defendants Picard Medical, Inc.; Patrick NJ Schnegelsberg; Bernard Skaggs; Matt Schuster; Yuncai "Richard" Fang; and Chris Hsieh (collectively, "Defendants") agree that, given the foregoing, it would be an inefficient use of time and resources for Defendants to respond to the current complaint or for Plaintiff to defend against any motion to dismiss the current complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval:

1.    Defendants' time to move, answer, or otherwise respond to the complaint is adjourned until after the Court has appointed a lead plaintiff in this action;

2.    Defendants and the appointed lead plaintiff shall, within 14 days of the day on which this Court issues an Order appointing lead plaintiff, submit to the Court a proposed schedule for lead plaintiff to file an amended complaint, and for lead plaintiff and Defendants to submit opening, opposition, and reply briefs in connection with Defendants' anticipated motion to dismiss the amended complaint; and

3.    Defendants reserve all rights and defenses.

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANTS' TIME FOR RESPONSE

Dated: April 17, 2026                    WINSTON & STRAWN LLP


By:  /s/ John E. Schreiber
     John E. Schreiber

     *Attorney for Defendants*
     *Picard Medical, Inc.; Patrick NJ*
     *Schnegelsberg; Bernard Skaggs; Matt*
     *Schuster; Yuncai "Richard" Fang; and*
     *Chris Hsieh*


Dated: April 17, 2026                    SCOTT+SCOTT ATTORNEYS AT LAW LLP


By:  /s/ John T. Jasnoch
     John T. Jasnoch (SBN: 281605)
     600 W. Broadway, Suite 3300
     San Diego, CA 92101
     Telephone: (619) 233-4565
     Facsimile: (619) 233-0508
     jjasnoch@scott-scott.com

     *Attorney for Plaintiff*
     *Julianne Louie*


*   *   *

PURSUANT TO STIPULATION, IT SO ORDERED.


*Dated*:  April 20          , 2026

THE HONORABLE RITA F. LIN
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' TIME FOR RESPONSE