John E. Schreiber (SBN: 261558)
john.schreiber@winstontaylor.com
Katelyn Taira (SBN: 359683)
katelyn.taira@winstontaylor.com
**WINSTON TAYLOR LLP**
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Kerry C. Donovan (*pro hac vice*)
kerry.donovan@winstontaylor.com
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for Defendants Picard Medical, Inc.; Patrick NJ Schnegelsberg; Bernard Skaggs; Matt Schuster; Yuncai "Richard" Fang; and Chris Hsieh*

*[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

JULIANNE LOUIE, *individually and on behalf of all others similarly situated,*

Plaintiff,

v.

PICARD MEDICAL, INC.; PATRICK NJ SCHNEGELSBERG; BERNARD SKAGGS; MATT SCHUSTER; YUNCAI "RICHARD" FANG; CHRIS HSIEH; WESTPARK CAPITAL, INC.; SENTINEL BROKERS COMPANY, INC.; R.F. LAFFERTY & CO. INC.; AMERICAN TRUST INVESTMENTS; MALONEBAILEY, LLP,

Defendants.

**Case No. 3:26-cv-01024-RFL**

CLASS ACTION

**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING EXTENSION OF TIME TO FILE PLAINTIFFS' OPPOSITION TO THE MOTIONS TO DISMISS AND DEFENDANTS' REPLIES IN SUPPORT OF THE MOTIONS TO DISMISS**

Complaint Filed: February 2, 2026
Amended Complaint Filed: July 28, 2026

**WHEREAS**, on February 2, 2026, Plaintiff Julianne Louie filed a putative class action complaint with the above caption alleging breaches of Section 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder;

**WHEREAS**, on May 15, 2026, the Court entered an Order Appointing Lead Plaintiff and Lead Counsel, appointing Roger Wiegley and Sobhy Abdelhady ("Plaintiffs") as Lead Plaintiffs and their counsel, The Rosen Law Firm, P.A., as Lead Counsel (Dkt. No. 44);

**WHEREAS**, on May 29, 2026, Plaintiffs and Defendants Picard Medical, Inc.; Patrick NJ Schnegelsberg; Bernard Skaggs; Matt Schuster; Yuncai "Richard" Fang; and Chris Hsieh (the "Company Defendants") requested extensions of the time to file an amended complaint and the motion-to-dismiss briefing schedule (Dkt. No. 45);

**WHEREAS**, on May 29, 2026, this Court entered an Order setting the deadlines for Plaintiffs to file an amended complaint and the briefing schedule on the motion to dismiss (Dkt. No. 46);

**WHEREAS**, Plaintiffs filed an amended complaint on July 28, 2026 (Dkt. No. 48);

**WHEREAS**, on September 24, 2026, Plaintiffs and Westpark Capital, Inc.; Sentinel Brokers Company, Inc.; R.F. Lafferty & Co. Inc.; and American Trust Investments (the "Underwriter Defendants") requested a two-week extension of the Underwriter Defendants' time to respond to the amended complaint (Dkt. No. 51);

**WHEREAS**, the Court entered an Order extending the Underwriter Defendants' time to respond to the amended complaint to October 13, 2026 (Dkt. No. 52);

**WHEREAS**, the Court has not stated that no further extensions will be granted;

**WHEREAS**, the Company Defendants filed their motion to dismiss on September 28, 2026 (Dkt. No. 54);

**WHEREAS**, Plaintiffs' current deadline to oppose the motions to dismiss is November 27, 2026, the day after Thanksgiving;

**WHEREAS**, Company Defendants' and Underwriter Defendants' current deadline to reply in support of their motions to dismiss is December 28, 2026, the first business day after the Christmas holiday;

**WHEREAS**, counsel for Plaintiffs, Company Defendants, and Underwriter Defendants agree that, given the foregoing and counsel's scheduling conflicts, further briefing deadlines should be extended by two weeks;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval:

1. Plaintiffs shall file an opposition to Defendants' motions to dismiss by December 11, 2026;
2. Defendants shall file replies in support of their motions to dismiss by January 11, 2027;
3. This stipulation and requested extension are without prejudice to, and do not waive, any defense, objection, right, or argument available to any party.

IT IS SO STIPULATED.

DATED: September 28, 2026

Respectfully submitted,

WINSTON TAYLOR LLP

*/s/ John E. Schreiber*
John E. Schreiber

John E. Schreiber
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
Tel.: 213 615 1700
john.schreiber@winstontaylor.com

*Counsel for Defendants Picard Medical, Inc.; Patrick NJ Schnegelsberg; Bernard Skaggs; Matt Schuster; Yuncai "Richard" Fang; and Chris Hsieh*

NARDONE LAW OFFICES

*/s/ Carlo Nardone*
Carlo Nardone

Carlo Nardone (SBN: 332378)
633 W. 5th St., 28th Floor
Los Angeles, CA 90071

THE ROSEN LAW FIRM, P.A.

*/s/ Laurence M. Rosen*
Laurence M. Rosen

Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel.: 213 785 2610
lrosen@rosenlegal.com

Michael Cohen (*pro hac vice* forthcoming)
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel.: 212 686 1060
mcohen@rosenlegal.com

*Counsel for Lead Plaintiffs and the Class*

Tel.: (323) 986-0499
carlonardone.law@gmail.com

*Counsel for Defendants*
*Westpark Capital, Inc.; Sentinel Brokers Company, Inc.; R.F. Lafferty & Co. Inc.; and American Trust Investments*

* * *

PURSUANT TO STIPULATION, IT SO ORDERED.

*Dated*: September 30, 2026

THE HONORABLE RITA F. LIN
UNITED STATES DISTRICT JUDGE