United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HETALBEN PARMAR,

Plaintiff,

v.

YUNCAI "RICHARD" FANG, et al.,

Defendants.

Case No. 26-cv-08832-PCP

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Rita F. Lin for consideration of whether the case is related to 3:26-cv-01024-RFL, *Louie v. Picard Medical, Inc. et al*. The Court notes that the parties in the above-entitled case have moved to stay this matter pending the resolution of *Louie*. Dkt. No. 12.

**IT IS SO ORDERED.**

Dated: November 5, 2026

P. CASEY PITTS
United States District Judge